01

02

03

04

05

06

07                        UNITED STATES DISTRICT COURT
                         WESTERN DISTRICT OF WASHINGTON
08                                  AT SEATTLE

09  LESLIE BERENS,                          )
                                            )   CASE NO. C14-0368-RSL-MAT
10          Plaintiff,                      )
                                            )
11          v.                              )
                                            )   REPORT AND RECOMMENDATION
12  CAROLYN W. COLVIN, Acting               )
    Commissioner of Social Security,        )
13                                          )
            Defendant.                      )
14  _____)

15          Plaintiff filed a motion to proceed *in forma pauperis* (IFP) in this civil matter.   (Dkt. 1.)

16  However, her application reveals that her spouse earns $5,148.00 monthly and that she received

17  a $40,000.00 loan from her parents within the past twelve months, has $1,200.00 in her

18  checking account, and has a total of some $276,557.00 in various investments and property.

19  While plaintiff has monthly expenses approaching the amount of her spouse's income

20  ($4,596.00) and an undisclosed amount of outstanding medical expenses, it remains that she

21  appears to have the funds available to pay the filing fee in this matter.   As such, plaintiff does

22  not financially qualify for IFP status.   The Court, therefore, recommends the IFP application

REPORT AND RECOMMENDATION
PAGE -1

01  be DENIED.   This action should proceed only if plaintiff pays the $400 filing fee within **thirty**

02  **(30) days** after entry of the Court's Order adopting this Report and Recommendation.   If no

03  filing fee is paid within thirty days of the Court's Order, the Clerk should close the file.

04          DATED this <u>17th</u> day of March, 2014.

05

06          Mary Alice Theiler

07          Chief United States Magistrate Judge

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22