01
02
03
04
05

06                   UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
07                            AT SEATTLE

08 LESLIE BERENS,                       )
                                        )   CASE NO. C14-0368-RSL-MAT
09       Plaintiff,                     )
                                        )
10   v.                                 )   ORDER DENYING IN FORMA
                                        )   PAUPERIS REQUEST
11 CAROLYN W. COLVIN, Acting            )
   Commissioner of Social Security,     )
12                                      )
         Defendant.                     )
13 _____ )

14       The Court, having reviewed plaintiff's application to proceed *in forma pauperis* (IFP),

15 the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and

16 the remaining record, does hereby find and ORDER:

17       (1)     The Court adopts the Report and Recommendation;

18       (2)     Plaintiff's IFP application is DENIED based on plaintiff's household's monthly

19 income, $1,200.00 in her checking account, and $276,557.00 in various investments.   Plaintiff

20 is directed to pay the full filing fee of $400 within **thirty (30) days** of the date of signature

21 below.   If the filing fee is not paid, this case will be dismissed without prejudice;

22       (3)     The Clerk shall file the complaint only on receipt of the filing fee.   If no filing

ORDER DENYING IN
FORMA PAUPERIS REQUEST
PAGE -1

fee is paid within thirty (30) days of the date of this Order, the Clerk is directed to close the file; and

    (4)    The Clerk is directed to send copies of this Order to counsel for plaintiff and to the Honorable Mary Alice Theiler.

DATED this 9th day of April, 2014.

/s/ Robert S. Lasnik
Robert S. Lasnik
United States District Judge

ORDER DENYING IN
FORMA PAUPERIS REQUEST
PAGE -2